ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA   93257

(559) 784-4934   Telephone
(559) 784-3431   Facsimile

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| ROBERTA L. FORD, | |
| Plaintiff, | CASE NO: CIV-F 07-0564 LJO DLB |
| vs | STIPULATION and ORDER to EXTEND TIME |
| COMMISSIONER of SOCIAL SECURITY, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for filing Plaintiff's Opening Brief be extended from November 16, 2007 to December 17, 2007.

This is the Plaintiff's first request for an extension of time in this case. The Plaintiff needs more time to prepare the Opening Brief.

Respectfully submitted,

*/s/ Robert D. Christenson*

Dated:   November 14, 2007          ROBERT D. CHRISTENSON
                                    Attorney for Plaintiff

Dated: __November 15, 2007__       **McGREGOR W. SCOTT**
                                    United States Attorney


                                    **/s/ Leo R. Montenegro**
                                    _____
                                    **LEO R. MONTENEGRO**
                                    Special Assistant U.S. Attorney


IT IS SO ORDERED.

**Dated:   November 15, 2007**                /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE